IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, Health & Welfare Fund by its trustees Audrey Hidano, Henry Iida, Glen Kaneshige, Thomas Toma, Elmer Cabico, Paul C. K. Chang, Ronald Taketa, Clifford Respicio, Russell Young, Mitchell Tynanes, Eric Hashizume, Lance Yoshimura, Keith Hirota and George Ehara; Apprenticeship & Training Fund by its trustees Dale Sakamoto-Yoneda, Conrad Murashige, Ronald Taketa, Lance Yoshimura, Dean Takahashi, Thomas Toma, Claude Matsumoto, Terry Ikeda, Michael Hawes, Roy Morioka, Sheri Mau and Raynard (Shayne) Chung; Vacation & Holiday Fund by its trustees Roy Morioka, Gerard Sakamoto, Paul Sasaki, Jay Kadowski, James Watanabe, Jon Tesoro, Curtis Kern, Michael Cadaoas, Alfred Dela Cruz, Lani Smithson, Paul Silen, Shayne Chung, Lance Yoshimura and Christian Tackett; Market Recovery Program by its trustees Sean Newcamp, Thalia Choy, Alan Shintani, Steven Hidano, Gerard Sakamoto, Mark Kupahu, Willie Maglinti, Leonard Hoshijo, Lance Yoshimura, Ken Kawamoto, Bill Wilson, Lance Inouye, Craig Fukuda and Darren Ho; Financial Security Fund by its trustees Gordon L. Scrunton, Lance Wilhelm, Conrad Murashige, Kenneth Sakurai, Loyce C. Morris, Ronald Taketa, Kenneth | CV 12-00079 DAE-KSC |

| | |
|---|---|
| Spence , Michael Hawes, Kealii B. Flood, Malvin Ang, Lance Yoshimura, Alan Shintani, Gerry Majkut and Mark Luna; Drywall Training Fund by its trustees Glenn Young, Myles Hokama, Lito Alcantra, Denis Mactagone, William Maglinti, Jr., VinceNihipali Sr., Sean Newcamp, Kevin Respecki, Ryan Rego, Bert Beaman, Mike Goodnight; 401-K Fund by its trustees Gordon Scrunton, Conrad Murashige, Kenneth Sakurai, Lance Wilhelm, Loyce C. Morris, Malvin Ang, Ronald Taketa, Lance Yoshimura, Kenneth Spence, Michael Hawes, Kealii B. Flood, Alan Shintani, Gerry Majkut and Mark Luna | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) |
| FORESIGHT CONSTRUCTION SERVICES, LLC; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERMENTAL UNITS 1-100 | ) ) ) ) ) ) ) ) |
| Defendant(s). | ) ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 24, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Enter Default Judgment and Award Damages Against Defendant Foresight Construction Services, LLC" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, June 19, 2012.

_____
David Alan Ezra
United States District Judge